```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/24
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

| | |
|---|---|
| BARBARA HORVATH, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAMERCY SURGERY CENTER, INC.,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 1:24-cv-06360-GHW-GWG |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff BARBARA HORVATH and her counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant GRAMERCY SURGERY CENTER, INC.

Dated: October 2, 2024

Respectfully Submitted,

By: /s/ *Vicki J. Maniatis*
Vicki J. Maniatis (NY Bar No. 2578896)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10022
Tel.: (516) 491-4665
vmaniatis@milberg.com

*Attorney for Plaintiff and the Proposed Class*

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 3, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge